UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20175-CR-WILLIAMS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DANIEL ALBERTO CARPMAN

    Defendant.
_____/

### UNITED STATES' AMENDED BILL OF PARTICULARS AS TO FORFEITURE

Plaintiff United States of America hereby files the following Bill of Particulars pursuant to pursuant to 32.2(a) of the Federal Rules of Criminal Procedure.

The United States provides notice that the following properties are subject to forfeiture pursuant to 21 U.S.C. § 853(a)(1):

1. Real property located at 434 SW 10th Street, Unit A, Miami, Florida 33130; and
2. Real property located 712 Tulip Circle, Weston, Florida 33327.

The United States provides notice that it seeks forfeiture of the following property pursuant to Title 21, United States Code, Section 853(p): real property located at 1060 Brickell Ave, #2201, Miami, Florida 33131.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:  */s/ Nicole Grosnoff*
Nicole Grosnoff
Assistant United States Attorney
Court ID No. A5502029
nicole.s.grosnoff@usdoj.gov
U.S. Attorney's Office
99 Northeast Fourth Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9294
Facsimile: (305) 536-4089