UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-CR-20175-DAMIAN/REID

UNITED STATES OF AMERICA

vs.

**DANIEL ALBERTO CARPMAN,**

        **Defendant**.

_____/

## GOVERNMENT'S WITNESS LIST

The United States hereby files its witness list. The United States respectfully requests leave to add additional witnesses based on their availability, whether or not the defendant will testify, and whether the United States will present a rebuttal case. At trial, the United States anticipates calling the following witnesses in its case-in-chief:

1. Yandre Trujillo
2. Juliedys Severo Mirabal Gutierrez
3. Claudia Borges
4. Jorge Diaz Gutierrez
5. E.A.
6. N.A.
7. M.P.
8. L.A.
9. B.R.
10. R.P.G.
11. Iliana Mastrapa
12. Karina Urrutia
13. Anais Lorenzo
14. Susan Laskowski (née Plante)
15. FBI Special Agent Ashley Agrait
16. FBI Special Agent Matthew Lane
17. Leyla Lopez
18. DEA Special Agent Jessenia Diaz
19. Chad King
20. Donna Richards
21. Paul Short

22. Nino Palana
23. Karen Ecarius
24. Francis Crespo
25. Gladys Alonso
26. Mark Rubenstein, M.D.