UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-CR-20175-DAMIAN/REID

UNITED STATES OF AMERICA

vs.

DANIEL ALBERTO CARPMAN,

        Defendant.
_____/

## GOVERNMENT'S EXHIBIT LIST

| Presiding Judge:<br>**The Honorable Melissa Damian** | Government Attorneys:<br>**Christopher Clark**<br>**Alexander Thor Pogozelski** | Defense Attorneys:<br>**Mycki Ratzan**<br>**Jude Faccidomo**<br>**Louis Martinez** |
|---|---|---|
| Courtroom Deputy: **Johanna Borges** | | |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
|  | **00s – Search Warrant Materials** |
| 01 | | | | Daniel Carpman M.D. Medical Center Corp. Compliance Manual Binder |
| 02 | | | | All Daily Production Reports (Physical Exhibit) |
| 03 | | | | Scanned Excerpt of Daily Production Reports |
| 04 | | | | Scanned Excerpt of Daily Production Reports 2 |
| 05 | | | | Blank Physical Therapy Referral Forms |
| 06 | | | | Blank Specialist Referral Forms |
|  | **100s – Text Messages and Translations** |
| 100 | | | | Daniel Carpman iPhone Notes |
| 100A | | | | Translated Transcript of Daniel Carpman iPhones Note |
| 101 | | | | Juliedys Mirabal WhatsApp Messages with Daniel Carpman |
| 101A | | | | Translated Transcript of Juliedys Mirabal WhatsApp Messages with Daniel Carpman |
| 102 | | | | Yandre Trujillo Text Messages with Daniel Carpman |

1

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 102A | | | | Translated Transcript of Yandre Trujillo Text Messages with Daniel Carpman |
| 103 | | | | Yandre Trujillo WhatsApp Messages with Daniel Carpman |
| 103A | | | | Translated Transcript of Yandre Trujillo WhatsApp Messages with Daniel Carpman |
| 104 | | | | Yandy Estelar WhatsApp Messages with Daniel Carpman |
| 104A | | | | Translated Transcript of Yandy Estelar WhatsApp Messages with Daniel Carpman |
| 104B | | | | Excerpts of Yandy Estelar WhatsApp Messages with Daniel Carpman |
| 104C | | | | March 9, 2019 Daniel Carpman at Conference Attachment |
| 104D | | | | March 20, 2019 Daniel Carpman, Yandre Trujillo, and Juliedys Mirabal Attachment |
| 104E | | | | March 20, 2019 Daniel Carpman, Yandre Trujillo, and Juliedys Mirabal Attachment 2 |
| 104F | | | | March 20, 2019 Daniel Carpman, Yandre Trujillo, and Juliedys Mirabal Party Attachment |
| 104G | | | | March 24, 2019 Daniel Carpman, Yandre Trujillo, and Juliedys Mirabal Restaurant Attachment |
| 104H | | | | March 24, 2019 Daniel Carpman, Yandre Trujillo, and Juliedys Mirabal Restaurant Attachment 2 |
| 104I | | | | April 2, 2019 Yandre Trujillo Birthday Invitation Attachment |
| 104J | | | | August 8, 2019 Daniel Carpman, Yandre Trujillo, and Juliedys Mirabal Party Attachment |
| 105 | | | | Michael Massi Text Messages with Daniel Carpman |
| 106 | | | | Michael Massi Text Message Thread 2 with Daniel Carpman |
| 107 | | | | Excerpt of (786) 699-2199 Text Messages with Daniel Carpman |
| 107A | | | | Translated Transcript of Excerpt of (786) 699-2199 Text Messages with Daniel Carpman |
| 108 | | | | Excerpts of Patricia Urrutia Text Messages with Daniel Carpman |
| 108A | | | | Translated Transcript of Excerpts of Patricia Urrutia Text Messages with Daniel Carpman |
|  | | | | **200s – Recordings and Translations** |
| 200 | | | | April 29, 2020 Jorge Diaz and Claudia Borges Title 3 Telephonic Recording |
| 200A | | | | Translated Transcript of April 29, 2020 Jorge Diaz and Claudia Borges Title 3 Telephonic Recording |
| 200B | | | | Subtitled April 29, 2020 Jorge Diaz and Claudia Borges Title 3 Telephonic Recording |
| 201 | | | | June 26, 2020 Jorge Diaz and Claudia Borges Title 3 Telephonic Recording |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 201A | | | | Translated Transcript of June 26, 2020 Jorge Diaz and Claudia Borges Title 3 Telephonic Recording |
| 201B | | | | Subtitled June 26, 2020 Jorge Diaz and Claudia Borges Title 3 Telephonic Recording |
| 202 | | | | June 30, 2020 Jorge Diaz and Claudia Borges Title 3 Telephonic Recording |
| 202A | | | | Translated Transcript of June 30, 2020 Jorge Diaz and Claudia Borges Title 3 Telephonic Recording |
| 202B | | | | Subtitled June 30, 2020 Jorge Diaz and Claudia Borges Title 3 Telephonic Recording |
| 203 | | | | October 13, 2020 M.P. and Daniel Carpman Telephonic Recording |
| 203A | | | | Translated Transcript of October 13, 2020 M.P. and Daniel Carpman Telephonic Recording |
| 203B | | | | Subtitled October 13, 2020 M.P. and Daniel Carpman Telephonic Recording |
| 204 | | | | November 6, 2020 M.P. Visit with Daniel Carpman |
| 204A | | | | Translated Transcript November 6, 2020 M.P. Visit with Daniel Carpman |
| 204B | | | | Subtitled November 6, 2020 M.P. Visit with Daniel Carpman |
| 205 | | | | December 17, 2020 M.P. and Daniel Carpman Telephonic Recording |
| 205A | | | | Translated Transcript of December 17, 2020 M.P. and Daniel Carpman Telephonic Recording |
| 205B | | | | Subtitled December 17, 2020 M.P. and Daniel Carpman Telephonic Recording |
| 206 | | | | January 19, 2021 M.P. and Daniel Carpman Telephonic Recording |
| 206A | | | | Translated Transcript of January 19, 2021 M.P. and Daniel Carpman Telephonic Recording |
| 206B | | | | Subtitled January 19, 2021 M.P. and Daniel Carpman Telephonic Recording |
| 207 | | | | January 21, 2021 M.P. and Daniel Carpman Telephonic Recording |
| 207A | | | | Translated Transcript of January 21, 2021 M.P. and Daniel Carpman Telephonic Recording |
| 207B | | | | Subtitled January 21, 2021 M.P. and Daniel Carpman Telephonic Recording |
| 208 | | | | February 17, 2021 M.P. and Daniel Carpman Telephonic Recording |
| 208A | | | | Translated Transcript of February 17, 2021 M.P. and Daniel Carpman Telephonic Recording |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 208B | | | | Subtitled February 17, 2021 M.P. and Daniel Carpman Telephonic Recording |
| 209 | | | | March 17, 2021 M.P. and Daniel Carpman Telephonic Recording |
| 209A | | | | Translated Transcript of March 17, 2021 M.P. and Daniel Carpman Telephonic Recording |
| 209B | | | | Subtitled March 17, 2021 M.P. and Daniel Carpman Telephonic Recording |
| 210 | | | | March 17, 2021 M.P. visit with Daniel Carpman |
| 210A | | | | Translated Transcript March 17, 2021 M.P. visit with Daniel Carpman |
| 210B | | | | Subtitled March 17, 2021 M.P. visit with Daniel Carpman |
| 211 | | | | April 6, 2021 Yandre Trujillo and Daniel Carpman Telephonic Recording |
| 211A | | | | Translated Transcript of April 6, 2021 Yandre Trujillo and Daniel Carpman Telephonic Recording |
| 211B | | | | Subtitled April 6, 2021 Yandre Trujillo and Daniel Carpman Telephonic Recording |
| 212 | | | | April 21, 2022 E.A. and N.A. Visit with Daniel Carpman |
| 212A | | | | Translated Transcript of April 21, 2022 E.A. and N.A Visit with Daniel Carpman |
| 212B | | | | Subtitled April 21, 2022 E.A. and N.A Visit with Daniel Carpman |
| **300s – CVS Records** | | | | |
| 300 | | | | Certified CVS Trial Subpoena Return - August 1, 2018 Letter to Daniel Carpman |
| 301 | | | | CVS Trial Subpoena Return - August 29, 2018 Letter to Daniel Carpman |
| 302 | | | | CVS Trial Subpoena Return - 12 Prescriber Algorithm Dashboard |
| 303 | | | | CVS Trial Subpoena Return - 40 Prescriber Algorithm Dashboard |
| 304 | | | | CVS Trial Subpoena Return - CS Analysis |
| 305 | | | | CVS Trial Subpoena Return - Interview Slide 2 |
| 306 | | | | Interview Notes |
| 307 | | | | RX-16819 |
| 308 | | | | RX-18200 |
| **400's – Patient Records** | | | | |
| 400 | | | | A.C. Combined Patient Files |
| 401 | | | | A.C. Patient Chart |
| 402 | | | | A.B. Combined Patient Files |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 403 | | | | A.B. Patient Chart |
| 404 | | | | A.B. Patient File Excerpt |
| 405 | | | | A.C. Combined Patient Files |
| 406 | | | | A.C. Patient Chart |
| 407 | | | | A.A Combined Patient Files |
| 408 | | | | A.A. Patient Chart |
| 409 | | | | B.R. Combined Patient Files |
| 410 | | | | B.R. Patient Chart |
| 411 | | | | B.R. Patient File Excerpt |
| 412 | | | | C.B. Combined Patient Files |
| 413 | | | | C.B. Patient Chart |
| 414 | | | | D.J. Combined Patient Files |
| 415 | | | | D.J. Patient Chart |
| 416 | | | | D.B. Combined Patient Files |
| 417 | | | | D.B. Patient Chart |
| 418 | | | | H.Q. Combined Patient Files |
| 419 | | | | H.Q. Patient Chart |
| 420 | | | | J.I. Combined Patient Files |
| 421 | | | | J.I. Patient Chart |
| 422 | | | | J.D. Combined Patient Files |
| 423 | | | | J.D. Patient Chart |
| 424 | | | | J.D. Patient File Excerpt |
| 425 | | | | J.R. Combined Patient Files |
| 426 | | | | J.R. Patient Chart |
| 427 | | | | J.O. Combined Patient Files |
| 428 | | | | J.O. Patient Chart |
| 429 | | | | L.A. Combined Patient Files |
| 430 | | | | L.A. Patient Chart |
| 431 | | | | L.A. Patient File Excerpt |
| 432 | | | | M.P. Combined Patient Files |
| 433 | | | | M.P. Patient Chart |
| 434 | | | | M.C. Combined Patient Files |
| 435 | | | | M.C. Patient Chart |
| 435A | | | | October 5, 2018 M.C. Referral |
| 436 | | | | M.C. Patient File Excerpt |
| 437 | | | | M.P. Combined Patient Files |
| 438 | | | | M.P. Patient Chart |
| 439 | | | | M.P. Patient File Excerpt |
| 440 | | | | M.J. Combined Patient Files |
| 441 | | | | M.J. Patient Chart |
| 442 | | | | M.M. Combined Patient Files |
| 443 | | | | M.M. Patient Chart |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 444 | | | | N.A. Combined Patient Files |
| 445 | | | | N.A. Andreas Patient Chart |
| 446 | | | | P.J. Combined Patient Files |
| 447 | | | | P.J. Patient Chart |
| 448 | | | | R.G. Combined Patient Files |
| 449 | | | | R.G. Patient Chart |
| 450 | | | | S.G. Combined Patient Files |
| 451 | | | | S.G. Patient Chart |
| 452 | | | | E.A. Combined Patient Files |
| 453 | | | | E.A. Patient Chart |
| 454 | | | | E.A. Patient File Excerpt |
| 455 | | | | N.A. Combined Patient Files |
| 456 | | | | N.A. Patient Chart |
| 457 | | | | A.L. Combined Patient Files |
| 458 | | | | A.L. Patient Chart |
| 459 | | | | A.L. Patient File Excerpt |
| 460 | | | | Jorge Diaz Combined Patient Files |
| 461 | | | | Jorge Diaz Patient Chart |
| 462 | | | | K.H. Combined Patient Files |
| 463 | | | | K.H. Patient File Excerpt |
| 463A | | | | 2020.11.12 K.H. USCREEN |
| 464 | | | | C.V. Patient File Excerpt |
| 465 | | | | E.M. Patient File Excerpt |
| 466 | | | | I.P. Patient File Excerpt |
| 467 | | | | J.V. Patient File Excerpt |
| 468 | | | | L.P. Patient File Excerpt |
| 469 | | | | N.R. Patient File Excerpt |
| 470 | | | | O.G. Patient File Excerpt |
| 471 | | | | Y.S. Patient File Excerpt |
| 472 | | | | Patient Records Full Export Spreadsheet |
| **500's – Prescriptions** | | | | |
| 500 | | | | May 8, 2020 M.C. Prescription for Oxycodone 30mg |
| 501 | | | | May 8, 2020 B.R. Prescription for Oxycodone 30mg |
| 502 | | | | October 13, 2020 M.P. Prescription for Oxycodone 30mg |
| 503 | | | | January 21, 2021 M.P. Prescription for Oxycodone 30mg |
| 504 | | | | Iliana Mastrapa Prescriptions |
| 505 | | | | August 17, 2020 - Oxycodone 30 mg (40 pills) Bottle |
| 506 | | | | October 19, 2020 – Oxycodone 30mg (90 pills) Bottle |
| 507 | | | | November 24, 2020 – Oxycodone 30 mg (90 pills) Bottle |
| 508 | | | | December 30, 2020 - Oxycodone 30 mg (90 pills) Bottle |
| 509 | | | | February 1, 2021 - Oxycodone 30 mg (90 pills) Bottle |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 510 | | | | March 1, 2021 - Oxycodone 30 mg (90 pills) Bottle |
| 511 | | | | April 1, 2021 - Oxycodone 30 mg (90 pills) Bottle |
| **600's – PDMP Data** | | | | |
| 600 | | | | Daniel Carpman PDMP January 1, 2018 through April 28, 2023 |
| 601 | | | | Anais Lorenzo PDMP |
| 602 | | | | B.R. PDMP |
| 604 | | | | E.A. PDMP |
| 605 | | | | Jorge Diaz PDMP |
| 606 | | | | L.A. PDMP |
| 607 | | | | M.P. PDMP |
| 608 | | | | N.A. PDMP |
| **700's – Certified DAVIDs and Corporate Records** | | | | |
| 701 | | | | Anais Lorenzo Certified David |
| 701A | | | | Anais Lorenzo DAVID Signatures |
| 702 | | | | A.C. Certified David |
| 702A | | | | A.C. DAVID Signatures |
| 703 | | | | B.R. Certified David |
| 703A | | | | B.R. DAVID Signatures |
| 704 | | | | Claudia Borges Certified David |
| 704A | | | | Claudia Borges DAVID Signatures |
| 705 | | | | Daniel Carpman Certified David |
| 705A | | | | Daniel Carpman DAVID Signatures |
| 706 | | | | E.A. Certified David |
| 706A | | | | E.A. DAVID Signatures |
| 707 | | | | Jorge Diaz Certified David |
| 707A | | | | Jorge Diaz DAVID Signatures |
| 708 | | | | J.M. Certified David |
| 708A | | | | J.M. DAVID Signatures |
| 709 | | | | L.A. Certified David |
| 709A | | | | L.A. DAVID Signatures |
| 710 | | | | M.C. Certified David |
| 710A | | | | M.C. DAVID Signatures |
| 711 | | | | M.P. Certified David |
| 711A | | | | M.P. DAVID Signatures |
| 712 | | | | N.A. Certified David |
| 712A | | | | N.A. DAVID Signatures |
| 713 | | | | P.D. Certified David |
| 713A | | | | P.D. DAVID Signatures |
| 714 | | | | Yandre Trujillo Certified David |
| 714A | | | | Yandre Trujillo DAVID Signatures |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 715 | | | | Carpman Medical Center Inc Certified Corporate Records |
| 716 | | | | Cosmetic Dermatology Research Inc Certified Corporate Records |
| 717 | | | | D&D Capital Group LLC Certified Corporate Records |
| 718 | | | | Danal Prop LLC Certified Corporate Records |
| 719 | | | | Donate Medical Center Inc Certified Corporate Records |
| 720 | | | | MD Beauty Team LLC Certified Corporate Records |
| 721 | | | | Total Life Health Center LLC Certified Corporate Records |
| | | | | **800's – Financial Records** |
| 800 | | | | Daniel A Carpman Car Loan Agreement x4497 Regions Bank |
| 801 | | | | Daniel A Carpman MD Inc x7000 Chase Bank |
| 801A | | | | Daniel A Carpman MD Inc x7000 Transaction Data File 1 Chase Bank |
| 801B | | | | Daniel A Carpman MD Inc x7000 Transaction Data File 2 Chase Bank |
| 802 | | | | Daniel A Carpman MD Inc x8558 Chase Bank |
| 803 | | | | Daniel A Carpman MD Inc. x7385 Chase Bank |
| 803A | | | | Daniel A Carpman MD Inc. x7385 Transaction Data File Chase Bank |
| 804 | | | | Daniel A Carpman MD Inc. x9400 Chase Bank |
| 804A | | | | Daniel A Carpman MD Inc. x9400 Transaction Date File Chase Bank |
| 805 | | | | Daniel A Carpman MD Inc. x9448 Chase Bank |
| 805A | | | | Daniel A Carpman MD Inc. x9448 Transaction Data File 1 Chase Bank |
| 805B | | | | Daniel A Carpman MD Inc. x9448 Transaction Data File 2 Chase Bank |
| 805C | | | | Daniel A Carpman MD Inc. x9448 Wires Chase Bank |
| 836 | | | | Daniel A Carpman Mortgage Loan x4292 Regions Bank |
| 807 | | | | Daniel A Carpman Safe Deposit x0200 Wells Fargo |
| 808 | | | | Daniel A Carpman x0561 Regions Bank |
| 809 | | | | Daniel A Carpman x1089 Chase Bank |
| 810 | | | | Daniel A Carpman x4846 Chase Bank |
| 811 | | | | Daniel A Carpman x6969 Regions Bank |
| 812 | | | | Daniel A Carpman x7200 Chase Bank |
| 812A | | | | Daniel A Carpman x7200 Transaction Data File Chase Bank |
| 813 | | | | Daniel A Carpman x7623 Chase Bank |
| 814 | | | | Daniel A Carpman x8130 Regions Bank |
| 815 | | | | Daniel A Carpman x9475 Citibank |
| 816 | | | | Daniel A Carpman x9836 Regions Bank |
| 817 | | | | Daniel A Carpman x9995 Regions Bank |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 818 | | | | Daniel A. Carpman x5831 Chase Bank |
| 818A | | | | Daniel A. Carpman x5831 Transaction Data File 1 Chase Bank |
| 818B | | | | Daniel A. Carpman x5831 Transaction Data File 2 Chase Bank |
| 819 | | | | Daniel Alberto Carpman x3047 Jet Stream Federal Credit Union |
| 820 | | | | Daniel Carpman MD Medical Center Corp x1580 Chase Bank |
| 820A | | | | Daniel Carpman MD Medical Center Corp x1580 Transaction Data File 1 Chase Bank |
| 820B | | | | Daniel Carpman MD Medical Center Corp x1580 Transaction Data File 2 Chase Bank |
| 821 | | | | Daniel Carpman MD Medical Center Corp x2022 Chase Bank |
| 821A | | | | Daniel Carpman MD Medical Center Corp x2022 Transaction Data File Chase Bank |
| 822 | | | | Daniel Carpman MD Medical Center Corp x7786 Chase Bank |
| 822A | | | | Daniel Carpman MD Medical Center Corp x7786 Transaction Data File Chase Bank |
| 823 | | | | Daniel Carpman MD Medical Center Corp x7810 Chase Bank |
| 823A | | | | Daniel Carpman MD Medical Center Corp x7810 Transaction Data File Chase Bank |
| 824 | | | | Daniel Carpman x6017 Bank of America |
| 824A | | | | Daniel Carpman x6017 Loan History 1 Bank of America.csv |
| 824B | | | | Daniel Carpman x6017 Loan History 2 Bank of America.csv |
| 825 | | | | Daniel Carpman x8819 Wells Fargo |
| 826 | | | | Donate Medical Center Inc PPP Loan x9632 Wells Fargo |
| 827 | | | | Donate Medical Center Inc x0614 Regions Bank |
| 828 | | | | Donate Medical Center Inc x1431 Bank of America |
| 829 | | | | Donate Medical Center Inc x9007 Wells Fargo |
| 830 | | | | Donate Medical Center Inc x9402 Wells Fargo Bank |
| 831 | | | | Donate Medical Center Inc x9402 x9007 and x9918 Wells Fargo Bank |
| 832 | | | | Daniel Daniel Carpman Safe Deposit x5970 Truist |
| 833 | | | | Karine Cureton Daniel Carpman MD Medical Center Corp x1431 Chase Bank |
| 833A | | | | Karine Cureton Daniel Carpman MD Medical Center Corp x1431 Transaction Data File Chase Bank |
| 834 | | | | Karine Cureton Daniel Carpman MD Medical Center Corp x8820 Chase Bank |
| 834A | | | | Karine Cureton Daniel Carpman MD Medical Center Corp x8820 Transaction Data File Chase Bank |
| 835 | | | | Wells Fargo Bank Transactions for accounts x8819 x9007 and x9402 |
| 836 | | | | Cosmetic Dermatology Research Institute x0696 Chase Bank |
| 836A | | | | Cosmetic Dermatology Research Institute x0696 Transaction Data File 1 Chase Bank |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 836B | | | | Cosmetic Dermatology Research Institute x0696 Transaction Data File 2 Chase Bank |
| 837 | | | | Cosmetic Dermatology Research Institute x3483 Chase Bank |
| 837A | | | | Cosmetic Dermatology Research Institute x3483 Transaction Data File 1 Case Bank |
| 837B | | | | Cosmetic Dermatology Research Institute x3483 Transaction Data File 2 Case Bank |
| 838 | | | | D&D Capital Group LLC x7320 Chase Bank |
| 838A | | | | D&D Capital Group LLC x7320 Transaction Data File 1 Chase Bank |
| 838B | | | | D&D Capital Group LLC x7320 Transaction Data File 2 Chase Bank |
| 839 | | | | 339 - Danal Prop LLC x3683 Chase Bank |
| 839A | | | | Danal Prop LLC x3683 Transaction Data File Chase Bank |
| **900's – Miscellaneous** | | | | |
| 900 | | | | Shareholders Agreement of Donate Medical Center, Inc. |
| 901 | | | | Purchase Agreement of Donate Medical Center, Inc. |
| 902 | | | | CBP Certified Travel Records |
| 903 | | | | Photo of Stacks of Cash |
| 904 | | | | Photo of Post-it Notes |
| 905 | | | | General Care Center Photos |
| 906 | | | | Donate Medical Center Coral Way Photos |
| 907 | | | | Daniel Carpman Residence Photos |
| 908 | | | | AT&T (Bellsouth) Tolls |
| 909 | | | | AT&T Tolls |
| 910 | | | | T-Mobile Tolls |
| 911 | | | | Comcast Tolls |
| 912 | | | | Florida Department of Health - Pain Management Clinic Reporting Forms |
| **1000's – Summary Exhibits** | | | | |
| 1000 | | | | Daniel Carpman Jorge Diaz Toll Contact Summary |
| 1001 | | | | Daniel Carpman Yandre Trujillo Toll Contact Summary |
| 1002 | | | | Summary Analysis of Daniel Carpman's PDMP |
| 1003 | | | | Summary of Financial Records |
| 1004 | | | | Summary of Daily Production Reports |
| 1005 | | | | Summary of Financials and Daily Production Reports |
| 1006 | | | | Count Prescription Slides |
| 1007 | | | | Summary of FL DOH Pain Management Clinic Reporting Forms |

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

**Dated:** March 18, 2025     By:     */s/ Alexander Thor Pogozelski*
Alexander Thor Pogozelski
Florida Special Bar No. A5502549
Christopher J. Clark
Florida Bar No.0588040
Assistant United States Attorneys
99 Northeast 4th Street
Miami, Florida 33132
Tel: (786) 649-5251 (Pogozelski)
Tel: (305) 961-9167 (Clark)
Email: Alexander.Pogozelski@usdoj.gov
Email: Christopher.Clark@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 18, 2025, a true and correct copy of the foregoing was filed and served on all counsel of record via the CM/ECF system.

**Dated:** March 18, 2025                    */s/ Alexander Thor Pogozelski*
Assistant United States Attorney

11