UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-CR-20175-DAMIAN/REID

UNITED STATES OF AMERICA

vs.

DANIEL ALBERTO CARPMAN,

        Defendant.

_____/

## GOVERNMENT'S AMENDED EXHIBIT LIST

| Presiding Judge:<br>**The Honorable Melissa Damian** | Government Attorneys:<br>**Christopher Clark**<br>**Alexander Thor Pogozelski** | Defense Attorneys:<br>**Mycki Ratzan**<br>**Jude Faccidomo**<br>**Louis Martinez** |
|---|---|---|
| Courtroom Deputy: **Johanna Borges** | | |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| **00s – Search Warrant Materials** | | | | |
| 01 | | | | Daniel Carpman M.D. Medical Center Corp. Compliance Manual Binder |
| 02 | | | | All Daily Production Reports (Physical Exhibit) |
| 03 | | | | Scanned Excerpt of Daily Production Reports |
| 04 | | | | Scanned Excerpt of Daily Production Reports 2 |
| 05 | | | Stipulated | Blank Physical Therapy Referral Forms |
| 06 | | | Stipulated | Blank Specialist Referral Forms |
| **100s – Text Messages and Translations** | | | | |
| 100 | | | | *Intentionally Left Blank* |
| 100A | | | | *Intentionally Left Blank* |
| 101 | | | Stipulated | Juliedys Mirabal WhatsApp Messages with Daniel Carpman |
| 101A | | | Stipulated | Translated Transcript of Juliedys Mirabal WhatsApp Messages with Daniel Carpman |
| 102 | | | | *Intentionally Left Blank* |

1

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 102A | | | | *Intentionally Left Blank* |
| 103 | | | Stipulated | Yandre Trujillo WhatsApp Messages with Daniel Carpman |
| 103A | | | Stipulated | Translated Transcript of Yandre Trujillo WhatsApp Messages with Daniel Carpman |
| 104 | | | Stipulated | Yandy Estelar WhatsApp Messages with Daniel Carpman |
| 104A | | | Stipulated | Translated Transcript of Yandy Estelar WhatsApp Messages with Daniel Carpman |
| 104B | | | Stipulated | Excerpts of Yandy Estelar WhatsApp Messages with Daniel Carpman |
| 104C | | | Stipulated | March 9, 2019 Daniel Carpman at Conference Attachment |
| 104D | | | Stipulated | March 20, 2019 Daniel Carpman, Yandre Trujillo, and Juliedys Mirabal Attachment |
| 104E | | | Stipulated | March 20, 2019 Daniel Carpman, Yandre Trujillo, and Juliedys Mirabal Attachment 2 |
| 104F | | | Stipulated | March 20, 2019 Daniel Carpman, Yandre Trujillo, Juliedys Mirabal, and Others Party Attachment |
| 104G | | | Stipulated | March 24, 2019 Daniel Carpman, Yandre Trujillo, and Juliedys Mirabal Restaurant Attachment |
| 104H | | | Stipulated | March 24, 2019 Daniel Carpman, Yandre Trujillo, and Juliedys Mirabal Restaurant Attachment 2 |
| 104I | | | Stipulated | April 2, 2019 Yandre Trujillo Birthday Invitation Attachment |
| 104J | | | Stipulated | August 8, 2019 Daniel Carpman, Yandre Trujillo, and Juliedys Mirabal Party Attachment |
| 105 | | | | M.M. Text Messages with Daniel Carpman |
| 106 | | | | M.M. Text Message Thread 2 with Daniel Carpman |
| 107 | | | | Excerpt of Patient's Text Messages with Daniel Carpman |
| 107A | | | | Translated Transcript of Excerpt of Patient's Text Messages with Daniel Carpman |
| 108 | | | | Excerpts of Patricia Urrutia (Crocano) Text Messages with Daniel Carpman |
| 108A | | | | Translated Transcript of Excerpts of Patricia Urrutia (Crocano) Text Messages with Daniel Carpman |
| **200s – Recordings and Translations** | | | | |
| 200 | | | Stipulated | April 29, 2020 Jorge Diaz and Claudia Borges Title 3 Telephonic Recording |
| 200A | | | Stipulated | Translated Transcript of April 29, 2020 Jorge Diaz and Claudia Borges Title 3 Telephonic Recording |
| 200B | | | Stipulated | Subtitled April 29, 2020 Jorge Diaz and Claudia Borges Title 3 Telephonic Recording |
| 201 | | | | *Intentionally Left Blank* |
| 201A | | | | *Intentionally Left Blank* |
| 201B | | | | *Intentionally Left Blank* |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 202 | | | | *Intentionally Left Blank* |
| 202A | | | | *Intentionally Left Blank* |
| 202B | | | | *Intentionally Left Blank* |
| 203 | | | Stipulated | October 13, 2020 M.P. and Daniel Carpman Telephonic Recording |
| 203A | | | Stipulated | Translated Transcript of October 13, 2020 M.P. and Daniel Carpman Telephonic Recording |
| 203B | | | Stipulated | Subtitled October 13, 2020 M.P. and Daniel Carpman Telephonic Recording |
| 204 | | | Stipulated | November 6, 2020 M.P. Visit with Daniel Carpman |
| 204A | | | Stipulated | Translated Transcript November 6, 2020 M.P. Visit with Daniel Carpman |
| 204B | | | Stipulated | Subtitled November 6, 2020 M.P. Visit with Daniel Carpman |
| 205 | | | Stipulated | December 17, 2020 M.P. and Daniel Carpman Telephonic Recording |
| 205A | | | Stipulated | Translated Transcript of December 17, 2020 M.P. and Daniel Carpman Telephonic Recording |
| 205B | | | Stipulated | Subtitled December 17, 2020 M.P. and Daniel Carpman Telephonic Recording |
| 206 | | | Stipulated | January 19, 2021 M.P. and Daniel Carpman's Clinic Telephonic Recording |
| 206A | | | Stipulated | Translated Transcript of January 19, 2021 M.P. and Daniel Carpman's Clinic Telephonic Recording |
| 206B | | | Stipulated | Subtitled January 19, 2021 M.P. and Daniel Carpman's Clinic Telephonic Recording |
| 207 | | | Stipulated | January 21, 2021 M.P. and Daniel Carpman's Clinic Telephonic Recording |
| 207A | | | Stipulated | Translated Transcript of January 21, 2021 M.P. and Daniel Carpman's Clinic Telephonic Recording |
| 207B | | | Stipulated | Subtitled January 21, 2021 M.P. and Daniel Carpman's Clinic Telephonic Recording |
| 208 | | | Stipulated | February 17, 2021 M.P. and Daniel Carpman Telephonic Recording |
| 208A | | | Stipulated | Translated Transcript of February 17, 2021 M.P. and Daniel Carpman Telephonic Recording |
| 208B | | | Stipulated | Subtitled February 17, 2021 M.P. and Daniel Carpman Telephonic Recording |
| 209 | | | Stipulated | March 17, 2021 M.P. and Daniel Carpman Telephonic Recording |
| 209A | | | Stipulated | Translated Transcript of March 17, 2021 M.P. and Daniel Carpman Telephonic Recording |
| 209B | | | Stipulated | Subtitled March 17, 2021 M.P. and Daniel Carpman Telephonic Recording |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 210 | | | Stipulated | March 17, 2021 M.P. visit with Daniel Carpman's Clinic |
| 210A | | | Stipulated | Translated Transcript March 17, 2021 M.P. visit with Daniel Carpman's Clinic |
| 210B | | | Stipulated | Subtitled March 17, 2021 M.P. visit with Daniel Carpman's Clinic |
| 211 | | | | *Intentionally Left Blank* |
| 211A | | | | *Intentionally Left Blank* |
| 211B | | | | *Intentionally Left Blank* |
| 212 | | | Stipulated | April 21, 2022 E.A. and N.A. Visit with Daniel Carpman |
| 212A | | | Stipulated | Translated Transcript of April 21, 2022 E.A. and N.A. Visit with Daniel Carpman |
| 212B | | | Stipulated | Subtitled April 21, 2022 E.A. and N.A. Visit with Daniel Carpman |
| **300s – CVS Records** | | | | |
| 300 | | | | Certified CVS Trial Subpoena Return - August 1, 2018 Letter to Daniel Carpman |
| 301 | | | | CVS Trial Subpoena Return - August 29, 2018 Letter to Daniel Carpman |
| 302 | | | | CVS Trial Subpoena Return - 12 Prescriber Algorithm Dashboard |
| 303 | | | | CVS Trial Subpoena Return - 40 Prescriber Algorithm Dashboard |
| 304 | | | | CVS Trial Subpoena Return - CS Analysis |
| 305 | | | | CVS Trial Subpoena Return - Interview Slide 2 |
| 306 | | | | Interview Notes |
| 307 | | | | RX-16819 |
| 308 | | | | RX-18200 |
| **400's Patient Records** | | | | |
| 400 | | | | A.D.C. Combined Patient Files |
| 401 | | | | A.D.C. Patient Chart |
| 402 | | | | A.B. Combined Patient Files |
| 403 | | | | A.B. Patient Chart |
| 404 | | | | A.B. Patient File Excerpt |
| 405 | | | | A.C. Combined Patient Files |
| 406 | | | | A.C. Patient Chart |
| 407 | | | | A.A.C. Combined Patient Files |
| 408 | | | | A.A.C. Patient Chart |
| 409 | | | | B.R. Combined Patient Files |
| 410 | | | | B.R. Patient Chart |
| 411 | | | | *Intentionally Left Blank* |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 412 | | | | C.B. Combined Patient Files |
| 413 | | | | C.B. Patient Chart |
| 414 | | | | D.J. Combined Patient Files |
| 415 | | | | D.J. Patient Chart |
| 416 | | | | D.C. Combined Patient Files |
| 417 | | | | D.C. Patient Chart |
| 418 | | | | H.Q. Combined Patient Files |
| 419 | | | | H.Q. Patient Chart |
| 420 | | | | J.I. Combined Patient Files |
| 421 | | | | J.I. Patient Chart |
| 422 | | | | J.D. Combined Patient Files |
| 423 | | | | J.D. Patient Chart |
| 424 | | | | *Intentionally Left Blank* |
| 425 | | | | J.R. Combined Patient Files |
| 426 | | | | J.R. Patient Chart |
| 427 | | | | J.O. Combined Patient Files |
| 428 | | | | J.O. Patient Chart |
| 429 | | | | L.A. Combined Patient Files |
| 430 | | | | L.A. Patient Chart |
| 431 | | | | *Intentionally Left Blank* |
| 432 | | | | M.PG. Combined Patient Files |
| 433 | | | | M.PG. Patient Chart |
| 434 | | | | M.C. Combined Patient Files |
| 435 | | | | M.C. Patient Chart |
| 435A | | | | October 5, 2018 M.C. Referral |
| 436 | | | | *Intentionally Left Blank* |
| 437 | | | | M.P Combined Patient Files |
| 438 | | | | M.P. Patient Chart |
| 439 | | | | *Intentionally Left Blank* |
| 440 | | | | M.J. Combined Patient Files |
| 441 | | | | M.J Patient Chart |
| 442 | | | | M.M. Combined Patient Files |
| 442A | | | | M.M. Patient File Excerpt |
| 443 | | | | M.M. Patient Chart |
| 443A | | | | M.M. Patient Chart Excerpt |
| 444 | | | | N.A.A. Combined Patient Files |
| 445 | | | | N.A.A. Patient Chart |
| 446 | | | | P.J. Combined Patient Files |
| 447 | | | | P.J. Patient Chart |
| 448 | | | | R.G. Combined Patient Files |
| 449 | | | | R.G. Patient Chart |
| 450 | | | | S.G. Combined Patient Files |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 451 | | | | S.G. Patient Chart |
| 452 | | | | E.A. Combined Patient Files |
| 453 | | | | E.A. Patient Chart |
| 454 | | | | E.A. Patient File Excerpt |
| 455 | | | | N.A. Combined Patient Files |
| 456 | | | | N.A. Patient Chart |
| 457 | | | | Anais Lorenzo Combined Patient Files |
| 458 | | | | Anais Lorenzo Patient Chart |
| 459 | | | | *Intentionally Left Blank* |
| 460 | | | | Jorge Diaz Combined Patient Files |
| 461 | | | | Jorge Diaz Patient Chart |
| 462 | | | | K.H Combined Patient Files |
| 462A | | | | November 12, 2020 K.H USCREEN |
| 463 | | | | *Intentionally Left Blank* |
| 464 | | | | C.V. Discharge Patient File Excerpt |
| 465 | | | | E.M. Discharge Patient File Excerpt |
| 466 | | | | I.P. Discharge Patient File Excerpt |
| 467 | | | | J.V. Discharge Patient File Excerpt |
| 468 | | | | L.P. Discharge Patient File Excerpt |
| 469 | | | | N.R. Discharge Patient File Excerpt |
| 470 | | | | O.G. Discharge Patient File Excerpt |
| 471 | | | | Y.S. Discharge Patient File Excerpt |
| 472 | | | | Patient Records Full Export Spreadsheet |
| 473 | | | | G.M. Combined Patient Files |
| | | | **500's Prescriptions** | |
| 500 | | | Stipulated | May 8, 2020 M.C. Prescription for Oxycodone 30mg |
| 501 | | | Stipulated | May 8, 2020 B.R. Prescription for Oxycodone 30mg |
| 502 | | | Stipulated | October 13, 2020 M.P. Prescription for Oxycodone 30mg |
| 503 | | | Stipulated | January 21, 2021 M.P. Prescription for Oxycodone 30mg |
| 504 | | | | Iliana Mastrapa Prescriptions |
| 505 | | | | Aug. 17, 2020 M.P. Oxycodone 30 mg (40 pills) Bottle |
| 506 | | | | Oct. 19, 2020 M.P. Oxycodone 30mg (90 pills) Bottle |
| 507 | | | | Nov. 24, 2020 M.P. Oxycodone 30 mg (90 pills) Bottle |
| 508 | | | | Dec. 30, 2020 M.P. Oxycodone 30 mg (90 pills) Bottle |
| 509 | | | | Feb. 1, 2021 M.P. Oxycodone 30 mg (90 pills) Bottle |
| 510 | | | | March 1, 2021 M.P. Oxycodone 30 mg (90 pills) Bottle |
| 511 | | | | April 1, 2021 M.P. Oxycodone 30 mg (90 pills) Bottle |
| | | | **600's PDMP Data** | |
| 600 | | | | Daniel Carpman PDMP January 1, 2018 through April 28, 2023 |
| 601 | | | | Anais Lorenzo PDMP |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 602 | | | | B.R. PDMP |
| 603 | | | | E.A. PDMP |
| 604 | | | | Jorge Diaz PDMP |
| 605 | | | | Juliedys Mirabal PDMP |
| 606 | | | | L.A. PDMP |
| 607 | | | | M.P. PDMP |
| 608 | | | | N.A. PDMP |
| 609 | | | | *Intentionally Left Blank* |
| **700's DAVIDs and Corporate Records** | | | | |
| 701 | | | Stipulated | Anais Lorenzo Certified DAVID |
| 701A | | | Stipulated | Anais Lorenzo DAVID Signatures |
| 701B | | | Stipulated | Anais Lorenzo DAVID Photo |
| 702 | | | Stipulated | A.A.C. Certified DAVID |
| 702A | | | Stipulated | A.A.C. DAVID Signatures |
| 702B | | | Stipulated | A.A.C. DAVID Photo |
| 703 | | | Stipulated | B.R. Certified DAVID |
| 703A | | | Stipulated | B.R. DAVID Signatures |
| 703B | | | Stipulated | B.R. DAVID Photo |
| 704 | | | Stipulated | Claudia Borges Certified DAVID |
| 704A | | | Stipulated | Claudia Borges DAVID Signatures |
| 704B | | | Stipulated | Claudia Borges DAVID Photo |
| 705 | | | Stipulated | Daniel Carpman Certified DAVID |
| 705A | | | Stipulated | Daniel Carpman DAVID Signatures |
| 705B | | | Stipulated | Daniel Carpman DAVID Photo |
| 706 | | | Stipulated | E.A. Certified DAVID |
| 706A | | | Stipulated | E.A. DAVID Signatures |
| 706B | | | Stipulated | E.A. DAVID Photo |
| 707 | | | Stipulated | Jorge Diaz Certified DAVID |
| 707A | | | Stipulated | Jorge Diaz DAVID Signatures |
| 707B | | | Stipulated | Jorge Diaz DAVID Photo |
| 708 | | | Stipulated | Juliedys Mirabal Certified DAVID |
| 708A | | | Stipulated | Juliedys Mirabal DAVID Signatures |
| 708B | | | Stipulated | Juliedys Mirabal DAVID Photo |
| 709 | | | Stipulated | L.A. Certified DAVID |
| 709A | | | Stipulated | L.A. DAVID Signatures |
| 709B | | | Stipulated | L.A. DAVID Photo |
| 710 | | | Stipulated | M.C. Certified DAVID |
| 710A | | | Stipulated | M.C. DAVID Signatures |
| 710B | | | Stipulated | M.C. DAVID Photo |
| 711 | | | Stipulated | M.P. Certified DAVID |
| 711A | | | Stipulated | M.P. DAVID Signatures |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 711B | | | Stipulated | M.P. DAVID Photo |
| 712 | | | Stipulated | N.A. Certified DAVID |
| 712A | | | Stipulated | N.A. DAVID Signatures |
| 712B | | | Stipulated | N.A. DAVID Photo |
| 713 | | | Stipulated | P.R. Certified DAVID |
| 713A | | | Stipulated | P.R. DAVID Signatures |
| 713B | | | Stipulated | P.R. DAVID Photo |
| 714 | | | Stipulated | Yandre Trujillo Certified DAVID |
| 714A | | | Stipulated | Yandre Trujillo DAVID Signatures |
| 714B | | | Stipulated | Yandre Trujillo DAVID Photo |
| 715 | | | | Daniel Carpman MD Medical Center Corp. Sunbiz Records |
| 716 | | | Stipulated | Cosmetic Dermatology Research Inc Certified Corporate Records |
| 717 | | | Stipulated | D&D Capital Group LLC Certified Corporate Records |
| 718 | | | Stipulated | Danal Prop LLC Certified Corporate Records |
| 719 | | | Stipulated | Donate Medical Center Inc Certified Corporate Records |
| 720 | | | | *Intentionally Left Blank* |
| 721 | | | | *Intentionally Left Blank* |
| 722 | | | | Iliana Mastrapa DAVID |
| 722A | | | | Iliana Mastrapa DAVID Photo |
| **800's Financial Records** | | | | |
| 800 | | | | *Intentionally Left Blank* |
| 801 | | | | Daniel A Carpman MD Inc x7000 Chase Bank |
| 801A | | | | Daniel A Carpman MD Inc x7000 Transaction Data File 1 Chase Bank |
| 801B | | | | Daniel A Carpman MD Inc x7000 Transaction Data File 2 Chase Bank |
| 801C | | | | Daniel A Carpman MD Inc x7000 Chase Bank Signature Card |
| 802 | | | | *Intentionally Left Blank* |
| 803 | | | | *Intentionally Left Blank* |
| 803A | | | | *Intentionally Left Blank* |
| 804 | | | | *Intentionally Left Blank* |
| 804A | | | | *Intentionally Left Blank* |
| 805 | | | | Daniel A Carpman MD Inc. x9448 Chase Bank |
| 805A | | | | Daniel A Carpman MD Inc. x9448 Transaction Data File 1 Chase Bank |
| 805B | | | | Daniel A Carpman MD Inc. x9448 Transaction Data File 2 Chase Bank |
| 805C | | | | Daniel A Carpman MD Inc. x9448 Wires Chase Bank |
| 805D | | | | Daniel A Carpman MD Inc. x9448 Chase Bank Signature Card |
| 806 | | | | *Intentionally Left Blank* |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 807 | | | | *Intentionally Left Blank* |
| 808 | | | | *Intentionally Left Blank* |
| 809 | | | | *Intentionally Left Blank* |
| 810 | | | | *Intentionally Left Blank* |
| 811 | | | | *Intentionally Left Blank* |
| 812 | | | | *Intentionally Left Blank* |
| 812A | | | | *Intentionally Left Blank* |
| 813 | | | | *Intentionally Left Blank* |
| 814 | | | | *Intentionally Left Blank* |
| 815 | | | | *Intentionally Left Blank* |
| 816 | | | | *Intentionally Left Blank* |
| 817 | | | | *Intentionally Left Blank* |
| 818 | | | | Daniel A. Carpman x5831 Chase Bank |
| 818A | | | | Daniel A. Carpman x5831 Transaction Data File 1 Chase Bank |
| 818B | | | | Daniel A. Carpman x5831 Transaction Data File 2 Chase Bank |
| 818C | | | | Daniel A. Carpman x5831 Chase Bank Signature Card |
| 819 | | | | *Intentionally Left Blank* |
| 820 | | | | Daniel Carpman MD Medical Center Corp x1580 Chase Bank |
| 820A | | | | Daniel Carpman MD Medical Center Corp x1580 Transaction Data File 1 Chase Bank |
| 820B | | | | Daniel Carpman MD Medical Center Corp x1580 Transaction Data File 2 Chase Bank |
| 820C | | | | Daniel Carpman MD Medical Center Corp x1580 Chase Bank Signature Card |
| 821 | | | | *Intentionally Left Blank* |
| 821A | | | | *Intentionally Left Blank* |
| 822 | | | | *Intentionally Left Blank* |
| 822A | | | | *Intentionally Left Blank* |
| 823 | | | | *Intentionally Left Blank* |
| 823A | | | | *Intentionally Left Blank* |
| 824 | | | | *Intentionally Left Blank* |
| 824A | | | | *Intentionally Left Blank* |
| 824B | | | | *Intentionally Left Blank* |
| 825 | | | | Daniel Carpman x8819 Wells Fargo |
| 825A | | | | Daniel Carpman x8819 Wells Fargo Signature Card |
| 826 | | | | *Intentionally Left Blank* |
| 827 | | | | *Intentionally Left Blank* |
| 828 | | | | *Intentionally Left Blank* |
| 829 | | | | Donate Medical Center Inc x9007 Wells Fargo |
| 829A | | | | Donate Medical Center Inc x9007 Wells Fargo Signature Card |
| 830 | | | | Donate Medical Center Inc x9402 Wells Fargo Bank |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 830A | | | | Donate Medical Center Inc x9402 Wells Fargo Bank Signature Card |
| 831 | | | | Donate Medical Center Inc x9402 x9007 and x9918 Wells Fargo Bank |
| 831A | | | | Donate Medical Center Inc x9402 x9007 and x9918 Wells Fargo Bank Signature Card |
| 832 | | | | *Intentionally Left Blank* |
| 833 | | | | *Intentionally Left Blank* |
| 833A | | | | *Intentionally Left Blank* |
| 834 | | | | *Intentionally Left Blank* |
| 834A | | | | *Intentionally Left Blank* |
| 835 | | | | Wells Fargo Bank Transactions for accounts x8819 x9007 and x9402 |
| 835A | | | | Wells Fargo Bank Transactions for accounts x8819 x9007 and x9402 Signature Card |
| 836 | | | | Cosmetic Dermatology Research Institute x0696 Chase Bank |
| 836A | | | | Cosmetic Dermatology Research Institute x0696 Transaction Data File 1 Chase Bank |
| 836B | | | | Cosmetic Dermatology Research Institute x0696 Transaction Data File 2 Chase Bank |
| 836C | | | | Cosmetic Dermatology Research Institute x0696 Chase Bank Signature Card |
| 837 | | | | Cosmetic Dermatology Research Institute x3483 Chase Bank |
| 837A | | | | Cosmetic Dermatology Research Institute x3483 Transaction Data File 1 Case Bank |
| 837B | | | | Cosmetic Dermatology Research Institute x3483 Transaction Data File 2 Case Bank |
| 837C | | | | Cosmetic Dermatology Research Institute x3483 Chase Bank Signature Card |
| 838 | | | | D&D Capital Group LLC x7320 Chase Bank |
| 838A | | | | D&D Capital Group LLC x7320 Transaction Data File 1 Chase Bank |
| 838B | | | | D&D Capital Group LLC x7320 Transaction Data File 2 Chase Bank |
| 838C | | | | D&D Capital Group LLC x7320 Chase Bank Signature Card |
| 839 | | | | Danal Prop LLC x3683 Chase Bank |
| 839A | | | | Danal Prop LLC x3683 Transaction Data File Chase Bank |
| 839B | | | | Danal Prop LLC x3683 Chase Bank Signature Card |
| **900's Miscellaneous** | | | | |
| 900 | | | | Shareholders Agreement of Donate Medical Center, Inc. |
| 901 | | | | Purchase Agreement of Donate Medical Center, Inc. |
| 902 | | | Stipulated | CBP Certified Travel Records |

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 903 | | | | Photo of Stacks of Cash |
| 904 | | | | Photo of Post-it Notes |
| 905 | | | | General Care Center Photos |
| 906A | | | | Donate Medical Center Photos |
| 906B | | | | DC Pain Management Photos |
| 907 | | | | Daniel Carpman Residence Photos |
| 908 | | | | AT&T (Bellsouth) Tolls |
| 909 | | | | AT&T Tolls |
| 910 | | | | T-Mobile Tolls |
| 911 | | | | Comcast Tolls |
| 912 | | | | Florida Department of Health - Pain Management Clinic Reporting Forms |
| 913 | | | | Baffour Osei Photo |
| 914 | | | | Photo of Post-it Notes 2 |
| 915 | | | | Physical Post-it Notes 2 |
| **1000's Summary Exhibits** | | | | |
| 1000 | | | | Daniel Carpman Jorge Diaz Toll Contact Summary |
| 1001 | | | | Daniel Carpman Yandre Trujillo Toll Contact Summary |
| 1002 | | | | Summary Analysis of Daniel Carpman's PDMP |
| 1002A | | | | Daniel Carpman PDMP Oxycodone Prescribing Table (Patients) |
| 1002B | | | | Daniel Carpman PDMP Oxycodone Prescribing Pie Chart (Patients) |
| 1002C | | | | Daniel Carpman PDMP Oxycodone vs. All Controlled Substances Table (Prescriptions) |
| 1002D | | | | Daniel Carpman PDMP Oxycodone vs. All Controlled Substances Pie Chart (Prescriptions) |
| 1002E | | | | Daniel Carpman PDMP Oxy 30 vs. All Controlled Substances Analysis Table |
| 1002F | | | | Daniel Carpman PDMP Oxy 30 Analysis Table (Patients) |
| 1002G | | | | Daniel Carpman PDMP Oxy 30 Pill Count Pie Chart |
| 1002H | | | | Daniel Carpman PDMP Oxy 30 vs. All Controlled Substances Pie Chart (Prescriptions) |
| 1002I | | | | Daniel Carpman PDMP - Jorge Diaz and Patients |
| 1002J | | | | Daniel Carpman PDMP - E.A. and N.A. |
| 1002K | | | | Daniel Carpman PDMP Oxy 30 vs. Oxy Any Dosage Pie Chart |
| 1002L | | | | Daniel Carpman PDMP Summary of Payment Methods For Oxy 30 |
| 1002M | | | | Daniel Carpman PDMP Summary of Age Groups at First Oxy 30 Prescription |
| 1003 | | | | Summary of Financial Records and Daily Production Reports |

11

| Exhibit Number | Date Identified | Date Admitted | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|
| 1003A | | | | Bank Accounts Reviewed Summary |
| 1003B | | | | Daily Production Reports Summary Chart |
| 1003C | | | | Cash Deposited and Collected Summary |
| 1003D | | | | Credit Card Deposited and Collected Summary |
| 1003E | | | | Daily Production Reports Summary Graph |
| 1004 | | | | *Intentionally Left Blank* |
| 1005 | | | | *Intentionally Left Blank* |
| 1006 | | | | Count Prescription Slides |

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

**Dated:**   March 28, 2025          By:   */s/ Christopher J. Clark*
Christopher J. Clark
Florida Bar No.0588040
Alexander Thor Pogozelski
Florida Special Bar No. A5502549
Assistant United States Attorneys
99 Northeast 4th Street
Miami, Florida 33132
Tel: (305) 961-9167 (Clark)
Tel: (786) 649-5251 (Pogozelski)
Email: Christopher.Clark@usdoj.gov
Email: Alexander.Pogozelski@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on March 28, 2025, a true and correct copy of the foregoing was filed and served on all counsel of record via the CM/ECF system.

**Dated:** March 28, 2025                          */s/ Christopher J. Clark*
                                                                                Assistant United States Attorney