UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-CR-20175-DAMIAN

UNITED STATES OF AMERICA

vs.

DANIEL ALBERTO CARPMAN,

    Defendant.
_____/

## VERDICT FORM

We, the jury, unanimously find as follows as to the charges against Defendant **Daniel Alberto Carpman**:

**Count 1**: Conspiracy to unlawfully dispense or distribute a controlled substance (oxycodone)

      ✓
_____             _____
**GUILTY**              **NOT GUILTY**

**Count 2**: Unlawfully dispensed or distributed 100 tablets of oxycodone 30mg to M.C. on or about May 8, 2020

      ✓
_____             _____
**GUILTY**              **NOT GUILTY**

**Count 3**: Unlawfully dispensed or distributed 100 tablets of oxycodone 30mg to B.R. on or about May 8, 2020

      ✓
_____             _____
**GUILTY**              **NOT GUILTY**

**Count 4**: Unlawfully dispensed or distributed 90 tablets of oxycodone 30mg to M.P. on or about October 13, 2020

      ✓
_____             _____
**GUILTY**              **NOT GUILTY**

**Count 5**: Unlawfully dispensed or distributed 90 tablets of oxycodone 30mg to M.P. on or about January 21, 2021

✓
_____          _____
    **GUILTY**                              **NOT GUILTY**

SO SAY WE ALL

[foreperson's name redacted]
_____
FOREPERSON'S PRINTED NAME

[redacted]

Dated: __4/15/2025__