UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20175-DAMIAN

UNITED STATES OF AMERICA,

vs.

DANIEL ALBERTO CARPMAN,

**Defendant.**
_____/

## **RELEASE OF EXHIBITS**

The undersigned hereby acknowledges that exhibits admitted into evidence during this trial and submitted to the jury during deliberations are hereby released back to counsel of record for the respective parties.

_____
Government/Plaintiff

_____
**Defendant**

_____
**COURTROOM DEPUTY**

Date: 4/15/2025

cc: Counsel of Record